**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CLEVELAND HAWKINS,**

        **Plaintiff,**

    **v.**                                  **9:06- CV-1518**

**ANDREW SHAPIRO, M.D.,**

        **Defendant.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

CLEVELAND HAWKINS
04-A-3621
Coxsackie Correctional Facility
Box 999
Coxsackie, NY 12051
Plaintiff *pro se*

HON. ANDREW M. CUOMO           DOUGLAS J. GOGLIA, ESQ.
Attorney General for the State of New York
The Capitol
New York, NY 12224
Counsel for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 12th day of March 2009.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendant's motion for summary judgment (Dkt. No. 32) is granted and this case is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: April 2, 2009
Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
Chief United States District Court Judge